Chuangchuang Chen
Chuang Legal Office
19209 Colima Road, Suite E
Rowland Heights, CA 91748
909-969-6666
Fax: 909-969-6666
Email: lawyerchchch@gmail.com

Attorney for Petitioner

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
TRENT K. FUJII (Cal. Bar No. 344614)
Assistant United States Attorney
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-8995
        Facsimile: (213) 894-7819
        E-mail: Trent.Fujii@usdoj.gov
Attorneys for Federal Respondents

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dung Kien TANG,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Respondents. | No. 5:26-cv-01933-ADS<br><br>**ORDER OF GRANT OF PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241**<br><br>Honorable Autumn D. Spaeth<br>United States Magistrate Judge |

1

**GOOD CAUSE APPEARING, IT IS ORDERED THAT** pursuant to 8 U.S.C. § 2241, and as stipulated by the parties, the Petition for Writ of Habeas Corpus in this action shall be granted and that the judgment shall be entered by the Court accordingly at this juncture, without requiring any further proceedings, consistent with the reasons set forth in the petition. *See* Dkt. no. 1.

IT IS SO ORDERED.

Dated:   May 5, 2026

_____/s/ Autumn D. Spaeth_____
HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge

2