JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUNG KIEN TANG,<br><br>               Petitioner,<br><br>               v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>               Respondents. | Case No. 5:26-cv-01933 ADS<br><br><br>JUDGMENT |

Pursuant to the Order of Grant of Petition and Entry of Judgment Under 28 U.S.C. § 2241, it is adjudged that the unopposed Petition is granted.

Dated:  May 5, 2026

                          /s/ Autumn D. Spaeth       
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge